NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS' STATEWIDE PENSION FUND AND TRUSTEES THEREOF | |
| Plaintiff(s), | |
| -v- | Civil Action No. 13-519 (JAP) |
| PULASKI CONSTRUCTION, | **ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |
| Defendant. | |

This matter having come before the Court on the Report and Recommendation of the Honorable Lois Goodman, United States Magistrate Judge, filed on February 11, 2014 [docket #8] with regard to Plaintiff's, New Jersey Building Laborers' Statewide Pension Fund and Trustees Thereof ("Plaintiff") Motion for Default Judgment [docket #7]; and the Court having received no objections pursuant to L. Civ. R. 72.1(c)(2), and having reviewed the Report and Recommendation and other documents on file in this matter, and for good cause shown, IT IS

**ON** this 26th day of February, 2014,

**ORDERED** that the Report and Recommendation of Magistrate Judge Goodman filed on February 11, 2014 [docket #8], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; accordingly it is further

**ORDERED** that Plaintiff's Motion for Default Judgment [docket #7] is GRANTED in part and DENIED in part as set forth in the Report and Recommendation.

**SO ORDERED.**

/s/ JOEL A. PISANO
United States District Judge